993 A.2d 869

Darryl HAWKINS, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE and Pennsylvania Department of Corrections, Respondents.

No. 183 EM 2009.

Supreme Court of Pennsylvania.

April 19, 2010.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April, 2010, the "Petition for Leave to File Notice of Appeal and Jurisdictional Statement *Nunc Pro Tunc*," which is treated as a Petition for Relief per Pa.R.A.P. 123, is DENIED.